THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiffs <br><br> v. <br><br> GALLO SALES COMPANY, INC., a California corporation, <br><br> Defendant. | NO.   C21-01451-RAJ <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COMES NOW Plaintiff, by and through its attorneys, and hereby gives notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this  17th  day of November, 2021.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff